Case 4:22-cr-00224-JM   Document 87   Filed 10/31/24   Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 31 2024

TAMMY H. DOWNS, CLERK
By: R. Moore
DEP CLERK

AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| KOBE IZIAH POWELL | ) | Case No.  4:22-cr-00224-JM-01 |
| | ) | USM No. 14242-510 |
| | ) | Molly Sullivan |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  Mandatory, Standard, Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | Violation of another federal, state, or local crime | 10/02/2024 |
| 2 - Mandatory (3) | Failure to refrain from the use of a controlled substance | 06/10/2024 |
| 3 - Standard (5) | Failure to notify probation about change in living arrangement | 06/10/2024 |
| 4 - Standard (13) | Failure to follow the instructions of probation officer | 08/15/2024 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  6 - Special  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  1639

Defendant's Year of Birth:  1998

City and State of Defendant's Residence:
Little Rock, Arkansas

10/30/2024
Date of Imposition of Judgment

_(signature)_
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

10/31/24
Date

Judgment—Page 2 of 3

DEFENDANT: KOBE IZIAH POWELL
CASE NUMBER: 4:22-cr-00224-JM-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (14) | Failure to participate, as instructed, in substance abuse treatment | 06/17/2024 |
| 7 - Special | Failure to pay special penatly assessment | 10/30/2024 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
                       Sheet 2— Imprisonment

Judgment — Page   3   of   3

DEFENDANT: KOBE IZIAH POWELL
CASE NUMBER: 4:22-cr-00224-JM-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

TEN (10) months with no supervised release to follow

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL